**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61864-LEIBOWITZ**

**NICOLE BUJOK,**

*Plaintiff,*

*v.*

**MC2 DATA, LLC,**

*Defendant.*
______________________________________/

**MONIQUE JONES,**

*Plaintiff,*

*v.*

**MC2 DATA, LLC,**

*Defendant.*
______________________________________/

**KATHRYN SMART,**

*Plaintiff,*

*v.*

**MC2 DATA, LLC,**

*Defendant.*
______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiffs Nicole Bujok, Monique Jones, and Kathryn Smarty's Notice of Voluntary Dismissal [ECF No. 20], filed on February 5, 2025. Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** ***with prejudice*** as to their individual claims and **DISMISSED**

***without prejudice* as to their putative class claims**. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The parties shall bear their own costs and attorneys' fees.

**DONE AND ORDERED** in the Southern District of Florida this February 6, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record